IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHEILA WHITAKER o/b/o
J.D.W.                                                                                    PLAINTIFF

v.                          Civil No. 05-4030

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                      DEFENDANT

## JUDGMENT

Comes now the Court on this 15th day of May, 2006, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and the plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

                                                  /s/ Bobby E. Shepherd
                                               HONORABLE BOBBY E. SHEPHERD
                                               UNITED STATES MAGISTRATE JUDGE